**Electronically Filed
Supreme Court
SCWC-19-0000833
27-NOV-2024
08:00 AM
Dkt. 17 ODAC**

SCWC-19-0000833

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARK C. KELLBERG,
Petitioner/Plaintiff-Appellant,

vs.

ZENDO KERN, in his capacity as Planning Director,
County of Hawai'i; COUNTY OF HAWAI'I; MICHAEL PRUGLO,
individually and dba HOME TECH CONSTRUCTION; CHRISTIE D.
GUASTELLA and JOHN H. PAYNE, II; GLENN ISAO TAKEMOTO;
MICHAEL DANIEL LOCK and MARY ANN LOCK; NIKOLAY PRUGLO;
BECKY ANN McQUIRE TRUST; FRANCES SANTA MARIA TRUST,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000833; CASE NO. 3CC071000157)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on September 27, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, November 27, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

